LODGED

RECEIVED CLERK

NOV 16 2009

U.S. DISTRICT COURT

The Honorable Clark Waddoups
United States District Court
350 South Main Street #150
Salt Lake City, UT 84104

Re: Securities and Exchange Commission v. Madison Real Estate Group, LLC et al, Civil No. 2-08-CV-00243 - Support of Receiver's Motion for Settlement with Interveners

This letter is to advise you that as Madison Investors, I have no objection to and am in support of the Receiver's Motion for Settlement with the Interveners.

We have read the recent letter that the Receiver, Roger McConkie, has sent to all of the Madison investors regarding the Motion for Settlement with the Interveners, Sharon and Jon Van de Graft, Marlene and Matthew Walshin, and Cynthia and Roger Mauer.

We are in support of the settlement for the following reasons:
- We believe the settlement is fair.
- We do not want to risk being zero funds for distribution if the Crosby Green Interveners win.
- We do not want the Receiver to spend any more money fighting with the Crosby Green Interveners.

Thank you for your consideration.

Jeff Rodriguez Sr. 11/12/09

Jeffrey Rodriguez II 11/12/09

Raquel Rodriguez 11/12/09

Regina Rodriguez 11/12/09

Erin Rodriguez 11/12/09