Roger J. McConkie (5513)
James W. McConkie, III (8614)
PRINCE, YEATES & GELDZAHLER
175 East 400 South, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 524-1000
Facsimile: (801) 524-1098
Electronic Mail: rjm@princeyeates.com
       jwm@princeyeates.com

Receiver for Madison Real Estate Group, LLC

FILED
U.S. DISTRICT COURT

2011 JAN -5 P 3: 03

DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MADISON REAL ESTATE GROUP, LLC, a Wyoming limited liability company, RICHARD AMES HIGGINS, BRANDON S. HIGGINS and ALLAN D. CHRISTENSEN,<br><br>    Defendants. | [Proposed]<br>**ORDER AUTHORIZING PAYMENT**<br><br><br><br><br><br><br><br><br><br>Case No. 2:08 CV 243 W<br>Judge: Clark Waddoups |

  WHEREAS this Court appointed Mr. Roger J. McConkie the Receiver for defendant Madison Real Estate Group, LLC ("Madison Group") on March 28, 2008, and

  WHEREAS the Receiver, by Tenth Declaration and Report of Receiver dated September 22, 2010, seeks the approval and payment incurred by him, his associates at Prince, Yeates & Geldzahler and Alan V. Funk, P.C., as permitted under Section II(h) of the Order Appointing Receiver for Madison Real Estate Group, L.L.C., the Order for

Authorization to Employ Real Estate Advisors employing NAI Utah Commercial as real estate advisors for Receiver and appointing a forensic accountant, dated April 30, 2008, it is hereby

**ORDERED** that the Tenth Declaration and Report of Receiver dated September 22, 2010, is accepted and the fees and expenses for Prince, Yeates and Geldzahler for the months of May, June and July, 2010 in the amount of $68,646.92 and fees and expenses for Alan V. Funk dated June 2, 2010 (#10425), August 5, 2010 (#10431), and August 5, 2010 (#10439) in the total amount of $29,619.00 are hereby approved, and it is further

**ORDERED** that the Receiver may, pursuant to paragraph II(h) of the Order Appointing Receiver for Madison Real Estate Group, LLC, and in addition to payments authorized under previous orders, pay from the assets of Madison Real Estate Group, LLC or the receivership estate the invoices of the Receiver and his associates at Prince, Yeates & Geldzahler dated May, June and July, 2010, totaling **$34,323.46** and the invoices of Alan V. Funk dated June 2, 2010 (#10425), August 5, 2010 (#10431), and August 5, 2010 (#10439) in the total amount of $29,619.00.

Dated this 5th day of January, 2011.

BY THE COURT:

_____
HONORABLE CLARK WADDOUPS
United States District Judge